AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

James Lamont Taylor,

Plaintiff,

v.

Freedom Mortgage Corporation,

Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV122-33

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated May 18, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of this Court. Therefore, Plaintiff's Complaint is dismissed without prejudice. This action stands closed.

May 18, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020