IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES LAMONT TAYLOR, | * | |
| Plaintiff, | * | |
| v. | * | CV 122-033 |
| FREEDOM MORTGAGE CORPORATION, | * | |
| Defendant. | * | |

O R D E R

Presently before the Court is Plaintiff's motion for reconsideration. (Doc. 18.) Plaintiff requests the Court reconsider its adoption of the Magistrate Judge's Report and Recommendation ("R&R") because he did not receive the R&R. (Id. at 1.)

First, the Court acknowledges that the docket reflects the R&R and Order directing service of the R&R (Docs. 13, 14) were returned to the Court as undeliverable (Doc. 19). While unfortunate, the Court warned Plaintiff when filing his complaint "that while this action is pending, he shall immediately inform this Court of any change of address. Failure to do so will result in dismissal of this case." (Doc. 4, at 5.) It is not the responsibility of the Court to track down Plaintiff's location; the Court complied with its obligations by mailing the Orders to

Plaintiff and it was Plaintiff's responsibility to ensure compliance with the Orders.

Additionally, Plaintiff is seeking reconsideration of the Court's Order; however, he sets forth no basis for the reconsideration in his motion. (See Doc. 18.) Plaintiff offers no argument in rebuttal of the R&R, and no foundation as to why reconsideration would be appropriate other than the fact he did not receive the R&R. This is insufficient and does not meet the requirements for reconsideration under Federal Rules of Civil Procedure 59 or 60.

Based on the foregoing, Plaintiff's motion for reconsideration (Doc. 18) is **DENIED** and this case stands **CLOSED**.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of June, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA